JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

SHAWNA YEN (CSBN 224447)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Tel:    (408) 535-5054 or
        (415) 436-7159/6867
Fax:    (408) 535-5066 (facsimile)
Email:  Shawna.Yen2@usdoj.gov

Attorneys for Plaintiff

**Filed**

OCT 1 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRUC VO,<br><br>Defendant. | No. 08-00708 JF<br><br>STIPULATION AND [PROPOSED]<br>ORDER DIRECTING CLERK'S OFFICE<br>TO RECEIVE PAYMENTS TOWARD<br>RESTITUTION PRIOR TO SENTENCING |

On October 15, 2008, this matter came before the Court for a plea hearing. At that time, the defendant Truc Vo pleaded guilty, pursuant to a plea agreement, to Count One of the Information charging him with criminal copyright infringement, in violation of 17 U.S.C. § 506(a)(1), 18 U.S.C. § 2319(b)(1). In the plea agreement, the defendant agreed to pay restitution in the amount of $33,184.31.

The defendant now seeks to make payments toward this restitution amount prior to the sentencing hearing, which is scheduled for 1-21-09.

Therefore, it is hereby stipulated by and between counsel for the UNITED STATES,

STIPULATION AND [PROPOSED] ORDER
CR 08-00708 JF

1  Assistant U.S. Attorneys Shawna Yen, and counsel for the Defendant Truc Vo, Michael Nichols,
2  Esq., that the Clerk's Office should be directed to receive payments from Truc Vo; and that any
3  such payments be credited toward any restitution that is ultimately imposed as part of the
4  defendant's sentence in the above-captioned case.
5      It is so stipulated.

Respectfully submitted,

Dated: October 15, 2008

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

*/s/ Shawna Yen*
SHAWNA YEN
Assistant U.S. Attorneys

Dated: October 15, 2008

*/s/ Michael Nichols*
MICHAEL NICHOLS, ESQ.
Attorney for Truc Vo

STIPULATION AND [PROPOSED] ORDER
CR 08-00708 JF

2

JOSEPH P. RUSSONIELL0 (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

SHAWNA YE (CABN 224447)
Assistant United States Attorneys

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5054
    Facsimile:  (408) 535-5066
    Email:      Shawna.Yen2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TRUC VO, ) <br> ) <br> ) <br>     Defendants. ) | CR 08-00708 JF <br><br> [PROPOSED] ORDER DIRECTING CLERK'S OFFICE TO RECEIVE PAYMENTS TOWARD RESTITUTION PRIOR TO SENTENCING |

    Based on the stipulation of the parties and for good cause shown,

    IT IS HEREBY ORDERED that the Clerk's Office is directed to receive restitution payments from Truc Vo prior to the sentencing hearing in this case.

    IT IS FURTHER ORDERED that the Clerk's Office maintain these restitution payments in a separate account; and

    FINALLY IT IS ORDERED that the Clerk's Office keep records of the amount of restitution payments made by Mr. Vo.

1 | Dated this _____ day of October, 2008.

_____
JEREMY FOGEL
United States District Judge